UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRYL KEITH PHILLIPS,

    Plaintiff,

v.

MELISSA McKOWAN; et al.,

    Defendants.

No. C 14-2146 SI (pr)

**ORDER OF DISMISSAL**

This action was opened due to an error at the courthouse that is more difficult to explain than to undo. Plaintiff sent to the court a form civil rights complaint with the notations "Amendment" and "CV 13-5044" clearly written on the first page. The document was stamped "received" and docketed as Docket # 14 in Case No. C 13-5044 MEJ. There has been no ruling in Case No. C 13-5044 MEJ as to whether to permit the post-judgment amendment to the complaint in that action. However, someone at the courthouse made a copy of the document, crossed out the word "Amendment" and the case number, and marked the document as a "new case" – activity that caused the document to be filed as a complaint and Case No. 14-2146 SI to be opened. Plaintiff then sent a letter in which he stated the document "is not a new case but an amended complaint to Case CV 13-5044." Docket # 4 at 1. Since it is now abundantly clear that plaintiff did not intend to file a new action, this action (i.e., Case No. 14-2146) is now DISMISSED because it was opened in error. No filing fee is due in this action because it was opened due to a mistake at the courthouse. No further documents may be filed in this action. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: June 26, 2014

                                                                                     SUSAN ILLSTON
                                                                     United States District Judge