UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL KEITH PHILLIPS, | No. C 14-2146 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MELISSA McKOWAN; et al., | |
| Defendants. | |

This action is dismissed because it was opened in error.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 26, 2014

_____
SUSAN ILLSTON
United States District Judge